United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PHILLIP JAMES BROWN, JR.,

          Plaintiff,

     v.

IMPERFECT FOODS, INC., and others,

          Defendants.

Case No.  5:26-cv-03144 NC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Noel Wise for consideration of whether the case is related to 5:25-cv-10416 NW, *Phillip James Brown, Jr. v. Imperfect Foods, Inc., et al.*

Dated: April 14, 2026

_____

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 26-cv-03144 NC
SUA SPONTE JUDICIAL REFERRAL